*June, 1822.*                 Goyne *against* Howell.

In Trespass, there are pleas of not guilty, and two pleas of justification. Verdict of guilty and damages assessed, all the issues are answered by the verdict.

IN trespass for an assault and battery, *Goyne* the defendant, plead not guilty: 2d. Son assault demesne. 3d. That he assaulted in defence of his father. Issues taken on all the pleas. The entry of the verdict and judgment was: " We " the Jury find the defendant guilty, and assess the plaintiff's " damages to eighty-one dollars, with costs of suit. It is " therefore considered by the Court that the plaintiff recover " of the defendant eighty-one dollars, together with his costs " of suit in this behalf expended."

2d, It is not necessary that the Record should set out that the Jury were sworn.

*Goyne* assigned for Error—1st, That the Record does not shew that the Jury were sworn. 2d, Two of the issues are not embraced by the verdict. 3d, The judgment does not appear to be founded on the verdict.

*By the Court.* The first assignment is understood to be

abandoned; a former decision of this Court has settled that it is not necessary that the Record should shew that the Jury were sworn, and that this Court will not presume that they were not. As to the 2d assignment, the verdict applies equally to the issues. The verdict, by finding the defendant guilty, has sufficiently negatived both the matters of justification which he pleaded. The 3d assignment cannot prevail. The judgment follows the verdict, and in express words refers to what has immediately preceded.

Let the Judgment be affirmed.